MICHAEL R. McDONNELL
CA State Bar Number 41463-0
Law Offices of McDonnell & Kent, Inc.
418 E. La Habra Boulevard
La Habra, California 90631
mike@mcdonnellandkent.com

Office: (562) 694-3827
Fax:    (562) 694-4280

Attorney for Defendant, MOHAMAD ESMAIL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 08-1412-PSG |
| Plaintiff, | ) DEFENDANT, MOHAMAD ESMAIL'S |
| v. | ) SENTENCING POSITION PAPERS AND |
| | ) SUPPLEMENTAL LETTERS OF |
| | ) RECOMMENDATION |
| MOHAMAD ESMAIL, | ) Sentencing Date: February 1, 2010 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Courtroom: Hon. Philip S. Gutierrez |

Counsel has reviewed the Pre-Sentence Report and the government's position papers with the defendant. The defendant has no additions or corrections and agrees with the guideline calculations contained in the Pre-Sentence Report.

The Pre-Sentence Report and the government's position papers adequately describe the offense conduct and the defendant's participation in the scheme originated by his brother-in-law, Jubran Dighlawi. For that reason, the facts surrounding the defendant's involvement in this offense will not be repeated in our sentencing position papers.

The defendant adopts his statement made to the probation officer and repeated at paragraphs 21 and 22 of the Pre-Sentence Report. The statements show his remorse and contrition for having participated in this conduct.

Defendant's prior lack of criminal record combined with his described conduct in this offense brings to counsel's mind the question of how much is enough?

Counsel would urge the Court at the time of sentencing, based on the defendant's lack of prior criminal conduct combined with the fact that this defendant has never served any period of incarceration and will be separated from his wife and two newborn children for an extended period of time, would urge the Court to impose a sentence of one year and a day or less and will ask the Court to impose some additional alternatives such as house arrest and community service. Counsel's belief is that this sort of sentence would be sufficient, but not greater than necessary to satisfy all the factors enumerated in 3553. A sentence of this nature would certainly act as a sufficient deterrence to a person with no prior record and satisfy the rest of the provisions of 3553 and certainly will be an adequate punishment for the defendant's conduct in this case.

Dated: January 18, 2010          **Respectfully submitted,**
                                 **Law Offices of McDONNELL & KENT, INC.**


                                 By:   /s/ Michael R. McDonnell
                                     **MICHAEL R. MC DONNELL**
                                     **Attorney for Defendant**
                                     **Mohamad Esmail**