**Nelson Hunt**
10756 Camarillo #101
Toluca Lake, Ca 91602

November 29. 2009

To Whom It May Concern:

I have known Mohamad Esmail for several years and hold him in high regard.

I first met him when he was working in an office where he was doing general office work. He helped me sort through files and do general reference work.

Mohamad always seemed to want to do the right thing which was unusual since he was in an office of, as it turned out, a con artist. As conmen often are, this fellow was very smooth and made things sound quite logical. He would perform his transactions and, as far as I knew, keep the paperwork outside of the office. Their unwitting "Partners" would come into the office and have closed door meetings. It was only in hindsight that it became clear just how far he would to take advantage of these unwitting "Partners." The few investors I met seemed like regular people who believed in this heavy hitting, omnipotent investor.

To my knowledge, Mohamad never attended and was not involved in these meetings. In my dealings with him, he was always forthcoming and straight up.

I have hired him to follow up with files as a coordinator which he has been diligent about doing. I can count on him to do what he says he will do.

I have no regrets in employing him and feel comfortable in recommending him if requested.

If you have any questions, please feel free to call me at the below number

Sincerely.

*[signature: Nelson Hunt]*

Nelson Hunt
818 720 8195

Bassam Hamideh
890 Cheyenne Rd
Corona, CA 92880

December 15, 2009

To the honorable judge Gutierrez

      I became to know Mohamad Esmail in early 2007, when you moved to Southern California from Washington State. Initially, our friendship was at its minimum, but when I got to know him really good I found out that he's a guy that doesn't take risks or chances in life or business unless he's sure of what he's doing. I'm totally surprised to hear that he's facing criminal charges due to bad real estate transactions. Mr. Esmail is a good citizen and for him being in a position facing jail time and being behind bars is a picture I can't draw in my mind. Mr. Esmail is a great husband. And I can see that he will be a great father for the fact that he's very patient and humble with kids.
Every time there is a family or friends gathering, he always gets the kids attention more than any other adult.
I felt really bad for Mr. Esmail when I heard the news that he has legal problems. We talked about his problem early this year and He mentioned that he was never convicted of any crime before, he also told me that he surrender himself. I have no doubt that what he got involved in was not for the purpose of harming individuals or institution. I hope the court will consider Mr. Esmail rolls in this case and give him the least punishment possible. Everyone deserve a chance in life and the fact that Mr. Esmail lived a stressful time over a year with his case is punishment enough

Bassam Hamideh

*[signature]*
12-15-09

To Whom It May Concern

I met Mohamad Esmail Bock in 2007 when we both worked in the same company. After I got to know him as a person, I found him as a man of Integrety with a passion in life. Mohamad is an honest trusted person. If we ran into something new in our line of work, he would not pretend he knew it or that he had knowledge of it. He was the total opposite of some of my other co-workers that would Brag or act like they knew everything about the business. He seemed to be a person that seeks knowledge and experience in life. I was honored to meet his wife. They are a great match for each other. A couple full of love and respect for one another. I was even more happy and excited when I found out she was expecting a baby after trying for 3 years.

On the other hand I was really upset about Mohamad Being involved in a Federal Case. Completely shocked because Mohamad is not the type of person that would hurt another person. I am not sure of the details of the case, I just don't Believe Mohamad would create an idea to defroud the Banks. I think he is a victim of others doing illegal things. Somehow he was pulled into their scheme and actions. Am very remorsed about all of this. I hope that the Judge will look at his life and criminal history, along with the lives of the other co-defendent. I also would hope the Judge will conseder his Family situation, Financial and Medical situations as well, with his wife expecting their first child. I hope for the Judge to give him the least possible punishment. Mohamad is a great person, friend, Husband as soon to be father. He should be given another chance to prevent a family seperation. Since his wife really needs him right now. Please consider my letter as the truth.

Thank You,

Anita Barnes

To whom it may Concern:

I have known Mohamed Esmail since he was born. I view him as an exceptional hard working man. He is known for his kindeness, honesty and intelligence. He is very self motivated and was able to open his own pizza shop. He continued his success by selling rugs wholesale. He also is a good husband with twins on the way. He supports his family and is willing to do so on the future.

I was very shocked to hear that Mohamed is facing creminal charges because he has always been a good citizen and obeys the law. Unfortunately he was convinced to work in Los Angeles. He is a trustworthy man and belived that his friend will cause him only good. If he is pressed with the charges, this will have a major affect on him and his wife, she depends on him strongly financially and for all her needs. I understand there are consequences for illegal actions.

Mahmond Mikbel
8737 Agave Way
Elk Grove, CA 95624

[signature]
12-2-09

7303 120th Lane S.E

# L305

Renton, WA 98058

(206) 334-3898

nasean@comcast.net

To whom it may concern:

My name is Nasreldin Eldood a resident of Washington State. I am writing these lines to your honor to express my thoughts and views about one of my best friends Mohamad Esmail. I met Mr. Esmail during 2005 when he was the warehouse manager for Friendly Wholesalers Rug Company here in Kent Washington. My intial relation with Mr. Esmail started as business and quickly had transformed into complete fraternal friendship.  I own small online business in Washington State named Nas Furniture. Friendly Wholesalers was my main rug-supplier where I had dealt with Mr. Esmail in business. I hereby, bear witness that he is the most easy going and very flexible person especially when it comes to business and financial payments. I remember one day he covered some of my financial bills from his own pocket and asked me to pay it back whenever I have enough fund.

As I have stated in the aforementioned paragraph, our business relation with Mr. Esmail has quickly became a personal friendship.  There is no doubt in my mind that Mr. Esmail is one of the greatest highly respected friends that I consider as invaluable addition to my list of friends.  Mr. Esmail feels extremely saddened and awfully remorseful to what has occurred. I am very confident that as he stated, it is a mistake that he would be learning greatly from it. I heartily wish and pray that things would works better for him in the days to come. My friends Mohamad is looking forward to seal this tragic ordeal and come out as great person with a newly opened white page in his life where he can enjoy a fruitful time with his  wife and the anticipated twins.

If you have any questions about my thoughts or views regarding Mr. Esmail, please don't hesitate to call me at 206 334-3898.

Thanks

*Nasreldin Eldood*

Wednesday, December 02, 2009

**To the Honorable Judge Gutierrez,**

Since I was introduced to Mohamad in 2000 working together at Weinerchnitzel, he became a friend of mine and looked up on me as family member. My first impression is the same impression I have today. He is a loving, caring, dedicated son, brother, husband, and an expecting father. During my friendship with him, I've known him in many capacities. He provides me a lot of help when I moved out to California.

In these past years, I've seen Mohamad change his lifestyle from being a single man to having family responsibilities. There were times when he postponed school to help take care of the family business. He always makes sure that the family needs are met.

Mohamad and I have had fun, sensitive and sharing conversation over the years on a variety of subjects, and based on these conversations, and his viewpoints on a variety of issues I consider Mohamad to be a man of integrity and honest character. I believe that he is an ethical and moral individual, and a man of his word. My family and I have known Mohamad for over nine years and have respect and care for his kind family and himself. Without doubt, I was deeply shocked and sadden to learn of the current situation, it does not fit Mohamad's character or his moral compass. I have seen him work hard to excel but understand that he is facing a tough situation. With this in mind, I want to express Mohamd's positive characteristics and hope that you will take this into consideration when making your decision.

If you have any questions, please do not hesitate to contact me.

Respectfully yours,

Nazih Fino

2462 Westcliffe Ln Apt C
Walnut Creek, CA 94597
(408) 835-1969

To whom it may Concern

My name is Awni Rasheed I'm a resident of Union City Calif and a business owner for 25 Years. I'v known Mohamed all his Life. He grew up around good and very decent People always doing good for him self and others.

Recently he had made a bad choice of doing Business with the wrong People, were he was misled to do things that he normally won't do or think about. He is very remorse about what he did and want to start a new Page of his Life. Mohamed is a decent Person starting a new family him and his wife and Expecting Their first twins in a few months.

Please help Mohamed and give him a chance to Correct what he did and I'm sure he will be a good Citizen doing the right things for him self and others

Sincerely

*[signature]*

Awni Rasheed
2945 Sorrento wy
Union City, Ca. 94587

# Tokay High School



Lodi, California

This Certifies That

## Mohamad E. Esmail

has completed a course of studies in accordance with the requirements of the State Board of Education for Graduation from this School and is therefore awarded this

### Diploma

Given in the month of May, nineteen hundred and ninety-six.



Kenneth T. Davis
President, Board of Trustees

Jacqueline L. Flowers
Principal

Clerk, Board of Trustees

TO WHOM IT MAY CONCERN,            DEC. 4, 2009

My name is Lynn Nguyen, and I am writing to you today about one of my dearest respected friend, Muhamad Esmail. Through a mutual friend, I remember meeting Muhamad back in July of 2007. My first impression of him was how timid and shy he looked. We quickly became friends, and as I got to know him better, he was pretty straight-forward and easy going. I loved his trust-worthy personality and always pointed out the positive in people. Meeting his wife was a great honor to me and we immediately became much closer. Our occasional pizza nights were my favorite! Mr. Esmail can make a great BBQ pizza from scratch that will make you beg for more!!!

I keep in touch with Muhamad with my traditional family holiday photos and often keep him in my thoughts and prayers. After hearing about these legal charges against him, I am still in disbelief and shock! I can not imagine my dearest friend this way and know deep down in my heart that he has and will always look out for the best in everyone. I'm sure this lesson has been learned and no doubt, will make him a much better and bigger person. This man is a great individual and someone that we all can count on to trust and share positive energy in this world. I wish to my dearest friend the very, very best out of this.

Thank you very much for your time in reading this,

*[signature]*

23666 Him Lite
Mission (A 92553
(714) 227-8168

Dec, 17, 09

To whom it may concern,

I'm Elizabeth Duran, I was introduce to Mohamed Esmil through a sales rep. from Melaluka we began doing sales together + found him to be trustworthy person, unfortunately Melaluka didn't work out. But at least I gained a new friendship what I saw he's very charismatic and positive person always willing to help and offer his time to do so very honest with good family morals and customs. So it was shocking to hear about his case because I would never imagine that from him. But he's pulling through for his wife and babies. I know the law needs to take it course of action. But I hope you consider his family and fianacial situation. thank you

Liz Duran #1
7869 Market St
Riverside CA 92501
951 532 4742